UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
KENT HOLLOW, INC.,

                              Plaintiff,

       – against –

TOWN OF AMENIA et al.,

                              Defendants.
------------------------------------------------------------------------x

**ORDER**

No. 21-CV-2638 (CS)

Seibel, J.

      As stated on the record at the July 27, 2021 teleconference, this case is stayed *nunc pro tunc* pending developments in the state court case. The parties are directed to submit a joint status letter by December 31, 2021, or sooner if developments in the state case warrant.

**SO ORDERED.**

Dated: September 10, 2021
       White Plains, New York

                                                      _____
                                                          CATHY SEIBEL, U.S.D.J.